ous method, so long as there is sufficient reason for its use." *Id.* at 1203. However, "[i]t remains important ... for the district court to provide a concise but clear explanation of its reasons for the fee award." *Hensley v. Eckerhart,* 461 U.S. at 437, 103 S.Ct. at 1941.

In this case, the court reasoned that the 10.77 hours of work could have been completed in half the time claimed because neither the factual nor legal issues were especially complex and because, based on the many months of settlement negotiations that had preceded the court's adjudication of the issue, Cornish was thoroughly familiar with the issues. Keeping in mind that the question is not whether we would have awarded more hours, but whether the district court abused its discretion, we conclude that the court's reasoning was sufficient to support its judgment.

As to the eleven hours claimed for work on the reply brief, we can find no evidence that the district court considered this claim at all. In its Order of June 5, 1990, the court seems only to address the fee claims presented in the First Amended Motion for Attorney Fees, dated April 23, 1990. No mention is made of the additional fee request presented in the reply brief, dated May 10, 1990. Because the court offered no rationale for excluding this claim, we can only conclude that it was inadvertently overlooked. We therefore remand to the district court for determination of the fee award for time expended on the trial level reply brief.

AFFIRMED in part; REMANDED in part. The mandate shall issue forthwith.

**John E. GREEN, Plaintiff–Appellee,**

v.

**J. Kenneth BRANTLEY, Edgar V. Lewis, Craig R. Smith, Garland P. Castleberry, Defendants–Appellants.**

No. 89–8150.

United States Court of Appeals,
Eleventh Circuit.

Dec. 18, 1990.

James R. Schulz, Asst. U.S. Atty., Barbara L. Herwig, Appellate Staff, Civ. Div., Dept. of Justice, Robert Kopp, Supv. Atty., Wendy M. Keats, Washington, D.C., for defendants-appellants.

Gerald Cunningham, Office of Gerald Cunningham, Atlanta, Ga., for plaintiff-appellee.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON, COX, BIRCH and DUBINA, Circuit Judges.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc without oral argument during the week of February 11, 1991. The clerk will specify a briefing schedule for the filing of en banc

briefs. The previous panel's opinion is hereby VACATED.

**The NATIONALIST MOVEMENT, a Mississippi non-profit corporation incorporated in Georgia, Plaintiff–Appellant,**

v.

**The CITY OF CUMMING, FORSYTH COUNTY, GEORGIA, Forsyth County Board of Education, Defendants–Appellees.**

No. 89–8417.

United States Court of Appeals, Eleventh Circuit.

Dec. 18, 1990.

Richard Barrett, Jackson, Miss., for plaintiff-appellant.

Gordon S. Smith, S. Samuel Griffin, King & Spalding, Atlanta, Ga., for City of Cumming.

Robert S. Stubbs, III, McVay & Stubbs, Canton, Ga., for Forsyth County, Georgia.

Sam S. Harben, Jr., Harben & Hartley Law Firm, Gainesville, Ga., for Forsyth County Bd. of Educ.

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, COX, BIRCH AND DUBINA, Circuit Judges *.

* Judge Edmondson is recused and will not participate in this decision.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc without oral argument during the week of February 11, 1991. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.

**Gerald Eugene STANO,
Petitioner–Appellant,
Cross–Appellee,**

v.

**Richard L. DUGGER, Secretary, Florida Department of Corrections,
Respondent–Appellee, Cross–Appellant.**

No. 88–3375.

United States Court of Appeals, Eleventh Circuit.

Jan. 2, 1991.

